IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROCK CREEK NETWORKS, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CAUSE NO. WA-23-CV-298-KC |
| BUFFALO AMERICAS, INC., | | |
| Defendant. | | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal, ECF No. 7. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 26th day of April, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE